NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: RUM AND SPIRITS CORP.,**
*Appellant*

---

2018-1712

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 86873768.

---

**JUDGMENT**

---

SAMUEL F. PAMIAS, Hoglung & Pamias, PSC, San Juan, PR, argued for appellant.

CHRISTINA J. HIEBER, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, BENJAMIN T. HICKMAN, JOSEPH MATAL, MARY BETH WALKER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 10, 2019                    /s/ Peter R. Marksteiner
Date                             Peter R. Marksteiner
                                 Clerk of Court